UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: LEON MONROE BYRD AND BYRD PARIS ADRIENNE, | CHAPTER 13 |
| DEBTOR(S) | CASE NO. A18-52600-SMS |
| | JUDGE SAGE M. SIGLER |

**OBJECTION TO CONFIRMATION**

COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1. The Debtor(s)' payments under the proposed plan are not current.

2. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

3. The Debtor(s)' Statement of Financial Affairs is inaccurate and/or incomplete; the Trustee is unable to determine the feasibility of the proposed plan.  11 U.S.C. Section 1325(a)(6); specifically, the Debtor 2 column is omitted on question 4.

4. Pursuant to information received from the Meeting of Creditors, 2016 and 2017 tax return(s) for Debtor Leon Byrd have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Section 1322(d) and 1325(a)(6).

5. The voluntary petition fails to reflect the Debtor's correct name of Adrienne Paris Byrd.

6. The Debtor(s)' Chapter 13 plan and schedules are inaccurate and/or incomplete; the Trustee is unable to determine either the duration or feasibility of the proposed plan.  11 U.S.C. Sections 1322(d) and 1325(a)(6); specifically, Schedule A/B omits values of clothing, shoes and jewelry.

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
brandik@atlch13tt.com

7. The Debtor's (s') Schedule I reflects a contribution from the Debtor's household of $1,700.00 per month. The trustee requests documentation regarding this contribution. If the contribution is from rental income, the trustee requests documentation such as a copy of the written lease. 11 U.S.C. Section 1325(a)(6).

8. Pursuant to information received from the Internal Revenue Service, 2015, 2016 and 2017 tax returns for Debtor Leon Byrd have not been provided to the taxing authorities and 2016 and 2017 tax returns for Debtor Byrd Adrienne have not been provided to the taxing authorities; thereby, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 plan, in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

9. The payout of the claim(s) owed to Chrysler Capital will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

10. The Debtors' proposed treatment of the secured claim anticipated from INA Group, LLC may violate 11 U.S.C. Section 1322(b)(2).

11. The Debtor(s)' Chapter 13 plan and schedules are inaccurate and/or incomplete; the Trustee is unable to determine either the duration or feasibility of the proposed plan. 11 U.S.C. Sections 1322(d) and 1325(a)(6); specifically, Debtor Byrd Adrienne appears to be making ongoing, post-petition payments to the Internal Revenue Service, which is being funded through the plan.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　Brandi L. Kirkland, Attorney
　　　　　　　　　　　　　　　　for Chapter 13 Trustee
　　　　　　　　　　　　　　　　GA Bar No. 423627

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
brandik@atlch13tt.com

A18-52600-BEM

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

LEON MONROE BYRD
1970 LOCKSLEY TERRACE
LITHONIA, GA 30058

BYRD PARIS ADRIENNE
1970 LOCKSLEY TERRACE
LITHONIA, GA 30058

ATTORNEY FOR DEBTOR(S):

THE SEMRAD LAW FIRM, LLC
STERLING POINT II
SUITE 201
303 PERIMETER CENTER NORTH
ATLANTA, GA 30346

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 3rd day of April 2018


_____/s/_____
Brandi L. Kirkland, Attorney
for Chapter 13 Trustee
GA Bar No. 423627




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
brandik@atlch13tt.com